UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DERRICK ANDERSON,
*on behalf of himself and
all others similarly situated,*

    Plaintiff,

-against-

ALCONE COMPANY CO.,

    Defendant.

---

Case No.: 17-cv-03695

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiff, Derrick Anderson, are hereby dismissed without prejudice, in their entirety, as against Defendant, Alcone Company, Co., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: July 29, 2017
    New York, New York

    Lee Litigation Group, PLLC
    30 East 39th Street, Second Floor
    New York, NY 10016
    Phone: (212) 465-1188

    _____
    C.K. Lee, Esq. (CL 4086)

SO ORDERED:

_____
U.S.D.J.